UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID BROOKS, | ) |
| | ) |
|     Plaintiff/ Counter-Defendant | ) |
| | ) |
| v. | )  Case No:  7:19CV599 |
| | ) |
| RISK MANAGEMENT PROGRAMS, INC., | ) |
| | ) |
|     Defendant /Counter-Plaintiff. | ) |

## JOINT STIPULATION OF DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of the above-captioned action with prejudice.  Each party shall bear its own fees and costs.

Respectfully submitted this 25th day of September, 2019.


STIPULATED TO:

/s/ Jennifer D. Royer
Jennifer D. Royer, VSB # 68099
ROYER LAW FIRM, P.C.
PO BOX 4525
Roanoke, Virginia 24015
540.788.2982  Telephone
540.675.4093  Facsimile
jroyer@royerlawfirm.com
*Counsel for Defendant/Counter-plaintiff*

/s/ Melvin E. Williams
Melvin E. Williams, VSB # 43305
Meghan S. Strickler, VSB # 88556
MEL WILLIAMS PLC
1320 Third Street, SW
Roanoke, Virginia 24016
540.266.7800 Telephone
540.206.3857 Facsimile
mel@melwilliamslaw.com
meghan@melwilliamslaw.com
*Counsel for Plaintiff/Counter-defendant*