CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Seagle
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID BROOKS, | ) |
| | ) Case No.: 7:19-CV-599 |
| Plaintiff & Counter-Defendant, | ) |
| v. | ) |
| | ) |
| RISK MANAGEMENT PROGRAMS, INC., | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| | ) |
| Defendant & Counter-Plaintiff. | ) |

## ORDER

The parties have notified the court that they jointly stipulate to the dismissal of the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that this action is hereby **DISMISSED with prejudice**, with each party bearing its own fees and costs.

It is so **ORDERED**.

Entered: 09/29/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge